NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUSTEEL CO., LTD., HYUNDAI STEEL COMPANY,**
*Plaintiffs-Appellees*

**SEAH STEEL CORPORATION, NEXTEEL CO., LTD.,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant*

**WHEATLAND TUBE COMPANY,**
*Defendant-Appellant*

---

2022-1300

---

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00107-JCG, 1:19-cv-00116-JCG, 1:19-cv-00117-JCG, and 1:19-cv-00118-JCG, Judge Jennifer Choe-Groves.

---

**ON MOTION**

---

**O R D E R**

2                                                    HUSTEEL CO., LTD v. US

Upon consideration of Wheatland Tube Company's motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

(2) The parties shall bear their own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

July 11, 2022                          /s/ Peter R. Marksteiner
        Date                              Peter R. Marksteiner
                                          Clerk of Court

ISSUED AS A MANDATE:  July 11, 2022